RECEIVED

MAR 0 3 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Elijah Crusoe )
)
)
)
)

**Plaintiff,**

vs.

Harper College

15cv1891
Judge Thomas Durkin
Magistrate Judge Daniel G. Martin

)
)
)
)

**Defendant(s).**

## COMPLAINT UNDER FAMILY AND MEDICAL LEAVE ACT (FMLA)

*If the pro se plaintiff has filled out a form Complaint of Employment Discrimination and wishes also to claim denial of family or medical leave, the plaintiff must staple this form Complaint to the Complaint of Employment Discrimination. DO NOT file the two form complaints separately.*

1. This is a claim for violation of the Family and Medical Leave Act of 1993, title 29 United States Code, sections 2601 *et seq.*

2. The plaintiff's full name is Elijah Crusoe of the County of Will in the State of Illinois.

3. The name of plaintiff's employer against which this claim is made (defendant) is Harper College, located at (*street address*) 1200 W. Algonquin Road,

1

(city) Palatine (county) Cook (state) IL (ZIP) 60067.

4. (*If plaintiff intends to name any other party as a defendant, use the space below to insert name and address as in paragraph 3.*) Defendant is

_____.

5. The plaintiff is/was employed by the defendant named in paragraph 3 from (date) Nov 2000 until Jan 14, 2014.

6. Defendant is engaged in commerce or an industry affecting commerce.

7. Defendant regularly employs at least 50 employees at or within 75 miles of plaintiff's work site. [✔] Yes [ ] No

8. On September 26, 2013, plaintiff requested family or medical leave from defendant or defendant's representative (*name and title of individual to whom request was made if known*) Angela Bowling and Darryl Knight because of

   [ ] the birth of a son or daughter of the plaintiff and in order to care for that infant;

   [ ] the placement of a son or daughter with the employee for adoption or foster care;

   [ ] the need to care for plaintiff's spouse, son, daughter, or parent who had a serious medical condition;

   [✔] the plaintiff's serious health condition that made plaintiff unable to perform the functions of the plaintiff's job.

9. On the date alleged in paragraph 8, plaintiff had been employed by the defendant for at least 1,250 hours during the previous 12-month period. [✔] Yes [ ] No

10. Defendant violated plaintiff's rights under the Family and Medical Leave Act because it denied plaintiff's request for family or medical leave on or about (*date*)

2

terminated the plaintiff's employment on or about ___Jan 14, 2014___ because of plaintiff's request;

otherwise interfered with, restrained, or discriminated against plaintiff on or about _____ because of plaintiff's exercise of FMLA rights, specifically, _____.

11. Jurisdiction over the violation alleged is conferred by 29 U.S.C. § 2917(a)(2).

12. Defendant knowingly, intentionally, and willfully violated plaintiff's rights.

13. Plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

WHEREFORE, plaintiff demands the following relief:

(a) Damages under 29 U.S.C. § 2617(a)(1)(A) (i)(I) for any wages, salary, employment benefits, or other compensation denied or lost because of defendant's wrongful conduct;

(b) **Although no wages, salary, or benefits were lost,** damages under 29 U.S.C. § 2617(a)(1)(A)(i) (II) equal to the actual monetary losses sustained by plaintiff because of defendant's wrongful conduct, such as the cost of providing care, up to an amount equal to 12 weeks of wages or salary of plaintiff;

(c) Interest under 29 U.S.C. § 2617(a)(1)(A)(ii);

(d) Liquidated (double) damages under 29 U.S.C. § 2617(a)(1)(A)(iii);

(e) Such equitable relief under 29 U.S.C. § 2617(a)(1)(B) as may be appropriate,

3

including employment, reinstatement, or promotion, and

direct the defendant to (specify):

_____

Plaintiff's signature: _____

Plaintiff's name (*print clearly or type*): Elijah Crusoe

Mailing address: 3215 Timber Creek Lane

City Naperville    State IL    ZIP 60565

Telephone number: ( ) 630-778-9647

Email address, if any: elijah.crusoe@yahoo.com

4

_____
Plaintiff's signature

Elijah Crusoe
_____
Plaintiff's name


Plaintiff's street address  3215 Timber Creek Lane

City Naperville   State IL   ZIP 60565

Plaintiff's telephone number  630-778-9647

Date: 2-26-15

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2014-03845 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Elijah C. Crusoe | (630) 778-9647 | 10-18-1951 |

Street Address: 3215 Timber Creek Lane, Naperville, IL 60565

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HARPER COLLEGE | 201 - 500 | (847) 925-6000 |

Street Address: 1200 W Algonquin Rd, Palatine, IL 60067

RECEIVED EEOC JUN - 2 2014 CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 01-14-2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around 2000. My most recent position was Supervisor of Custodial Services. During my employment, I complained of discrimination. Since that time, I have been subjected to harassment and discipline. In or around August 2013, I was injured at work and subsequently took a medical leave. While on medical leave, I was terminated. On or about March 1, 2014, I was allowed to retire in lieu of termination. I was replaced by a less qualified non-Black female.

I believe I have been discriminated against because of my race and sex, Black male, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 02, 2014

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Elijah C. Crusoe<br>3215 Timber Creek Lane<br>Naperville, IL 60565 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-03845 | Grace Swierczek, Investigator | (312) 869-8144 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Julianne Bowman_     12/2/14
Julianne Bowman,     (Date Mailed)
Acting District Director

Enclosures(s)

cc: HARPER COLLEGE
c/o Rachel E. Lutner
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
55 W. Monroe Street, Suite 800
Chicago, IL 60603-5144