IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIJAH CRUSOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-cv-01891 |
| v. ) | |
| ) | |
| HARPER COLLEGE, ) | |
| ) | |
| Defendant. ) | Honorable Thomas M. Durkin |
| ) | |
| ) | Magistrate Judge Martin |

## MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff, ELIJAH CRUSOE, by and through his attorneys, Steven M. Puiszis and Susan M. Baker of Hinshaw & Culbertson LLP, moves this Court for the entry of a Confidentiality Order, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.2. In support of his Motion, Plaintiff states as follows:

1. Plaintiff filed a Complaint on March 3, 2015, alleging Defendant discriminated against him in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.* ("Title VII"), on the basis of his race and sex, and retaliated against him for engaging in protected activity. Plaintiff also contends Defendant discriminated against him on the basis of his disability in violation of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.* ("ADA") and terminated his employment in retaliation for taking a leave of absence pursuant to the Family and Medical Leave Act, 29 U.S.C. 2601 *et. seq.* ("FMLA").

2. In its Requests for the Production of Documents to Plaintiff, Defendant requested documents pertaining to Plaintiff's disability and medical leave, including: (6) "Produce all documents related to your disability"; (7) "Produce all documents relating to your claim that the College discharged you because you took or requested to take a leave of absence pursuant to the

Family and Medical Leave Act"; and (8) "Produce all documents relating to your claim that the College discriminated or retaliated against you as a result of a disability or your medical leave of absence." Defendant also requested personal and confidential financial information, including: (17) "Produce your income tax receipts, filings and W2 forms for the years 2002 to the present." See Defendant's Requests for Production to Plaintiff attached as **Exhibit 1**. In order to fully respond to this Request, Plaintiff is required to disclose and produce personal and confidential medical information pertaining to his health in addition to financial information, which includes his social security number among other confidential and personally identifying data.

3. In light of the production of confidential information, Plaintiff conferred with counsel for Defendant on August 20, 2015 and requested the Parties file a joint motion for the entry of an agreed confidentiality order. See August 20, 2015 Email attached as **Exhibit 2**. Pursuant to this request, counsel for Plaintiff proposed an Agreed Confidentiality Order based on this Court's Model order pursuant to Local Rule 26.2.

4. Counsel for Defendant objected to the entry of the proposed Confidentiality Order on the basis that it was too lengthy and extensive. When prompted as to which provisions could be removed, counsel for Plaintiff then indicated that, after further consideration, they would not agree to the entry of a Confidentiality Order and would prefer that Plaintiff make a motion. See August 21, 2015 Email attached as **Exhibit 3**.

5. Plaintiff has attached hereto as **Exhibit 4** the proposed Confidentiality Order and also submitted the order to: Proposed_Order_Durkin@ilnd.uscourts.gov.

WHEREFORE, Plaintiff, ELIJAH CRUSOE, respectfully requests that this Honorable Court enter the Confidentiality Order as proposed by Plaintiff and for any further relief this Court deems just and appropriate.

RESPECTFULLY SUBMITTED,

s/ Steven M. Puiszis

Steven M. Puiszis
Susan M. Baker
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3219
Fax: (312) 332-7768
E-mail: sbaker@hinshawlaw.com
E-mail: spuiszis@hinshawlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2015 I electronically filed the above and foregoing **Motion for Entry of Confidentiality Order** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served on all parties of record.

                                           HINSHAW & CULBERTSON LLP

                                           s/ *Steven M. Puiszis*
                                           Steven M. Puiszis

131145288V1 0975232