IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELIJAH CRUSOE,

    Plaintiff,

v.

HARPER COLLEGE,

    Defendant.

No. 15 C 1891

Honorable Thomas M. Durkin
Magistrate Judge Martin

### DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF

NOW COMES Defendant HARPER COLLEGE (the "College"), by and through its attorneys, ROBBINS SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., and hereby propounds the following First Set of Requests for Production of Documents directed to Plaintiff, Elijah Crusoe, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to be answered by Plaintiff, fully, in writing, under oath, within thirty (30) days.

### DEFINITIONS AND INSTRUCTIONS

A.    This is a Request for the Production of Documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

B.    Rule 34 requires you to produce all of the documents listed in this Request, unless a document is privileged as described in instruction "F", below.

C.    The word "Plaintiff," as used in this document, means and refers to you, Elijah Crusoe, or any person acting on your behalf.

D.    The word "College" means Harper College and everyone who is authorized to act on its behalf.

E.    The term "document" means any original, written, typewritten, handwritten, printed or recorded material, electronic or otherwise, as well as all tapes, discs, hard drive, non-duplicate copies and transcripts, that are or were previously in your possession or control.

F.    A requested document may be privileged if it is a communication between you and your attorney, or if it is a document that you prepared for the primary purpose of supporting your position in this litigation. If you believe that a document is privileged and therefore does not need to be produced you must: (1) identify the individual who wrote or created the document, the date of its creation, the name of the individual to whom the document was addressed, and the name of the individual who currently has possession of the document; (2)

describe the subject of the document; (3) describe your basis for claiming that the document is privileged; and (4) produce any parts of the document which you do not believe contain privileged information or communications.

G. If a requested document was, but is no longer in your possession, describe (1) the date when it transferred to another individual's possession; (2) the name and address of the individual having possession of the document; (3) the date of the document; and (4) a brief description of the contents of the document.

H. This Request for Production of Documents is continuing and any requested document that is obtained after your initial production must be produced when it becomes available to you.

I. The relevant time period for purposes of these Requests is from January 1, 2007 to the present, unless otherwise stated.

## DOCUMENTS TO BE PRODUCED

1. Produce all documents relating to any of the facts stated in your Complaint.

2. Produce all documents which you expect to present at trial.

3. Produce all documents relating to the damages or injuries you believe you suffered as a result of the College's actions.

4. Produce all documents relating to your claim that the College discriminated against you based on your race.

5. Produce all documents relating to your claim that the College discriminated against you based on your sex.

6. Produce all documents relating to your disability.

7. Produce all documents relating to your claim that the College discharged you because you took or requested to take a leave of absence pursuant to the Family and Medical Leave Act.

8. Produce all documents relating to your claim that the College discriminated or retaliated against you as a result of a disability or your medical leave of absence.

9. Produce all documents relating to your claim that you complained to the College of discrimination on the basis of you race, sex or disability.

10. Produce all documents establishing that, after you made complaints to the College of discrimination on the basis of race, sex or disability, you were harassed or disciplined.

11. Produce all documents establishing that you were asked to resign as a result of taking a medical leave of absence, or in retaliation for your complaints of discrimination and harassment on the basis of race, sex and disability.

2

12. Produce all documents showing that you were replaced by a "less qualified non-Black female".

13. Produce all documents showing that similarly situated female employees were treated differently than you.

14. Produce all documents showing that similarly situated non-Black employees were treated differently than you.

15. Produce all documents showing that similarly situated non-disabled employees were treated differently you.

16. Produce all documents relating to any employment you have held, or job search you have conducted, following your resignation from the College.

17. Produce your income tax receipts, filings and W2 forms for the years 2002 to the present.

18. Produce all documents relating to any communication(s) you have had with any representative of the College that are related to the allegations in the Complaint.

19. Produce all written statements made by any individual that you intend to call as a witness at trial.

20. Produce all documents which form the basis of the opinion testimony of any expert witnesses.

21. Produce all documents provided to or received from any expert witness retained in anticipation of trial.

Dated: June 18, 2015

Respectfully submitted,

**HARPER COLLEGE**

By: *Jennifer J. Jones*
One of their Attorneys

Rachel E. Lutner (6225505)
Jennifer L. Jones (6309353)
ROBBINS, SCHWARTZ, NICHOLAS,
 LIFTON & TAYLOR, LTD.
55 West Monroe, Suite 800
Chicago, Illinois 60603-5144
Telephone (312) 332-7760
Fax (312) 332-7768

3

## CERTIFICATE OF SERVICE

I, Jennifer L. Jones, an attorney, certify that a copy of the foregoing Defendant's First Set of Requests for the Production of Documents to Plaintiff was served on the individual named below, at the address herein shown, by first-class mail, proper postage prepaid, in the U.S. mail at 55 W. Monroe, Suite 800, Chicago, Illinois 60603 on June 18, 2015.

Elijah C. Crusoe
3215 Timber Creek Lane
Naperville, IL 60565

*Jennifer L. Jones*

Jennifer L. Jones

4