

**RE: Crusoe - Confidentiality Order**
**Jennifer Jones** to: SBaker@hinshawlaw.com          08/21/2015 09:05 AM
Cc: Rachel Lutner, "spuiszis@hinshawlaw.com"

History:            This message has been replied to.

Hi Susan,

We will agree to a protective order that is limited to Mr. Crusoe's medical records.  We do not believe that this case calls for the extensive order that was attached to your e-mail.  If you can provide us with something that is shorter and more limited, we will likely agree to it.

Thanks,

**Jennifer L. Jones**
Attorney
Robbins Schwartz
55 W. Monroe St., Suite 800
Chicago, Illinois 60603-5144
p:  312.332.7760  f:  312.332.7768
jjones@robbins-schwartz.com

Robbins Schwartz

This message is confidential.  This message may also be privileged or protected by work product immunity or other laws and regulations.  If you have received it by mistake, please re-send this communication to the sender and delete it from your system without copying it or disclosing its contents to anyone.

**From:** SBaker@hinshawlaw.com [mailto:SBaker@hinshawlaw.com]
**Sent:** Thursday, August 20, 2015 4:39 PM
**To:** Jennifer Jones
**Cc:** Rachel Lutner; spuiszis@hinshawlaw.com
**Subject:** Re: Crusoe - Confidentiality Order

Hi Jennifer and Rachel,

Would you be amenable to entering a protective order in this case?  In light of the fact that non-party employee documents and Mr. Crusoe's medical documents will be produced, we would prefer to have one entered.  If you agree, please see the attached proposed order as well as a joint motion.

Thank you!

**Susan M. Baker**
Associate Attorney | Labor & Employment
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300, Chicago, IL 60601
Tel: 312.704.3219  |  Fax: 312.704.3001
http://www.hinshawlaw.com/attorneys-Susan-Baker.html
https://www.linkedin.com/in/susanbaker



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.