

**RE: *Confidential: RE: Crusoe - Confidentiality Order**
**Jennifer Jones**  to:  SBaker@hinshawlaw.com                    08/21/2015 04:19 PM
Cc:  Rachel Lutner, "spuiszis@hinshawlaw.com"

History:          This message has been replied to and forwarded.

Hi Susan,

After considering this issue further, we do not see why a confidentiality order in this case is necessary. We would prefer that you make a motion.

To explain further, we do not see how the medical records Mr. Crusoe is concerned about would be different from those relating to any ordinary personal injury case, where generally, no extensive confidentiality order is necessary.

Thank you,

**Jennifer L. Jones**
Attorney
Robbins Schwartz
55 W. Monroe St., Suite 800
Chicago, Illinois 60603-5144
p: 312.332.7760  f: 312.332.7768
jjones@robbins-schwartz.com

This message is confidential. This message may also be privileged or protected by work product immunity or other laws and regulations. If you have received it by mistake, please re-send this communication to the sender and delete it from your system without copying it or disclosing its contents to anyone.

**From:** SBaker@hinshawlaw.com [mailto:SBaker@hinshawlaw.com]
**Sent:** Friday, August 21, 2015 9:19 AM
**To:** Jennifer Jones
**Cc:** Rachel Lutner; spuiszis@hinshawlaw.com
**Subject:** *Confidential: RE: Crusoe - Confidentiality Order

Hi Jennifer,

The order I proposed was verbatim from the Model Confidentiality Order used by the Northern District of Illinois per Local Rule 26.2 (see links below). If the model order is not used, we have to submit the proposed order with trackchanges, showing our revisions. I attached a revised version with some of the categories of confidential information deleted. If there are other provisions in the order that you believe are unnecessary, please let me know which ones, and I will delete them in track changes.

Thanks,

http://www.ilnd.uscourts.gov/LocalRules.aspx?rtab=forms

http://www.ilnd.uscourts.gov/mobile2/content/detail-cmp.aspx?cmpid=776

**Susan M. Baker**
Associate Attorney | Labor & Employment
Hinshaw & Culbertson LLP
222 N LaSalle Street, Suite 300, Chicago, IL 60601

Tel: 312.704.3219  |  Fax: 312.704.3001

http://www.hinshawlaw.com/attorneys-Susan-Baker.html

https://www.linkedin.com/in/susanbaker