

**William Rainey Harper College**
1200 West Algonquin Road
Palatine, Illinois 60067-7398
847-925-6675

TO: Elijah Crusoe, Custodial Supervisor
FROM: Darryl E. Knight, Director of Physical Plant
DATE: December 18, 2013

RE: **Dismissal for Unsatisfactory Performance**

Per the Supervisory/Management Manual you are being terminated from Harper College due to continued unsatisfactory performance of duties or assigned tasks as the Custodial Supervisor. I acknowledge that while the progressive discipline steps were not explicitly followed, because of the seriousness of these issues and the lack of any significant progress it is in the best interest of the College to immediately move to dismissal, which according to policy is permissible.

During the past twenty-six months your performance has continuously fallen short of expectations with no sustained improvement. You had many years serving in a supervisory role when I arrived at Harper and my expectations were that you would possess leadership and management skills commensurate with your tenure. I did not expect you to be all-knowing or perfect, but your experience and assigned grade indicated that you were highly knowledgeable and proficient.

I spent the first six months of my term reviewing established guidelines, reviewing skillsets, examining relationships and developing a building block approach to carefully laying out expectations for management and staff.

My initial six month performance counseling with you addressed positive and negative performance issues with areas of improvement specifically cited as staff training, organizational skills, attention to detail, collaborative efforts and listening skills. In the months following this I was able to quantitatively evaluate your performance, particularly noting your lack of emphasis on previously identified items.

Your initial (2011-2012) performance evaluation was rated ME- (barely meets expectations) and resulted in being placed on a Performance Improvement Plan (PIP). You stated to me that your evaluation was not a "surprise" to you, but while I focused on major areas for improvement you remained locked-in on individual items. Your FY13 PIP required improvement in 12 items in four major areas:
  Written communication, accountability
  Planning, time management, use of calendar
  Workforce management, strategic thinking, accountability, computer literacy
  Team work, workforce management, mentoring

1

The new Fiscal Year (13) evaluation period started with a counseling concerning communication, leadership, inventory management and followership deficiencies. This was compounded as you were directed to review the issues in general and provide in writing how you were going to do to prevent these types of issues in the future. You were specifically directed that "I do not want a rehash of the items below, but how you will insure that this pattern does not continue and what I can do to help you make improvements". You then provided me with a complete rehash of the specifics which we had previously discussed.

In October of 2012 we jointly reviewed your FY13 goals, specifically regarding training, maintenance and purchasing. During the majority of our 1-1 meetings and physical plant meetings I emphasized that mastering these three items along with customer service was necessary for success. I also emphasized during our 1-1 meetings that I had no personal vendetta concerning you, my goal was for you to improve in areas that you were lacking and I wanted you to succeed as I gained nothing by your failure.

Beginning in July 2012 we had many discussions and counseling sessions concerning leadership and training. This began with the lack of professional effort exhibited by the evaluations that were submitted for your staff. They were inconsistent, contained numerous errors and did not contain the needed direction for significant improvement for those who were subpar performers. We then embarked on a period where you had difficulty staying on top of staffing issues to include submitting paperwork requesting vacant positions be filled, to include vacancies in leadership positions. In addition, the training plan discussed in your FY13 goals was never implemented.

In January of 2013 you indicated to me that you had achieved Certified Facility Manager (CFM) certification. This program teaches and tests in Finance and Business Essentials, Project Management, Operations & Maintenance and Leadership and Strategy Essentials. Many of the processes, procedures and documentation enacted in the last two years in the Physical Plant dovetail to the CFM materials. Our in-house training and our 1-1 meetings more than provided enough training and guidance to make the necessary changes in your section, but when coupled with your certifications as a CFM and Registered Executive Housekeeper (REH), there should have been no delay in implementing new procedures and training.

Your inconsistency in leadership of staff and management of assets along with a lack of improvement in mastering the use of Oracle and developing and implementing a training plan to include coach-counsel of staff and developing short, medium and long range goals was noted in a Written Warning for Unsatisfactory Performance in May of 2013. Also, failure to take immediate corrective action with staff for abusing their issued cell phone, the inability to correctly manage the Midway account and the lack of emphasis on ensuring the restored floors in Building S were all noted as continuing to demonstrate a lack of initiative, responsibility and accountability while performing below standards and expectations.

Your performance continued to rise and fall throughout the year, hovering between meeting standards and needing improvement. I took your efforts in leading your committee and your shortage of Foremen into account and after great contemplation I again rated your FY13 (2012-2013) performance evaluation

2

ME- (barely meets expectations) noting that you needed improvement in Quality of Work and Personal/Professional Accountability. Once again you stated to me that your evaluation was not a "surprise" to you. Due to your injury we did not complete your PIP, but the draft centers around personal responsibility, accountability, leadership and management.

The new fiscal year (FY14) opened with a noted decline in performance that resulted in a Written Warning for Unsatisfactory Performance in July of 2013. Once again personal responsibility, accountability, leadership and management were lacking as was an emphasis on customer service. During the counseling for this warning I emphasized that "your position requires a proactive attitude, embracing the service ethos and adopting the Institutional Core Values".

It was obvious to me following this incident that your lack of improvement following counseling and performance improvement sessions was indicative that I was not getting through to you. Your performance continued to decline, you did not provide adequate follow through with staff or customers and you management skills remained poor.

Minor incidents that could have been resolved through initiative and a proper customer service attitude took on lives of their own and evolved into major battles with other sections and customers. At this point my confidence in your ability to lead your section or represent the Physical Plant had waned considerably. You were warned that "failure to show immediate and sustained improvement in your performance may result in further disciplinary action, up to and including your dismissal from employment with Harper College".

In August 2013 I reviewed with managers how many times we had gone over the building blocks for the Physical Plant and that these should be in place and we were moving forward to more complex issues. Among the topics I discussed were inventory control, preventive maintenance and seasonal maintenance.

Later in August you submitted evaluations on your staff, and while there was improvement in the presentation, the content was still very inconsistent, was very repetitive and again did not contain the needed direction for significant improvement for those who were subpar performers. I again discussed with you the need for these evaluations as they were part of the groundwork for your training plan. The evaluations also showed your inconsistency in viewing and evaluating staff.

In late August you injured your knee and normally required support to walk the campus (crutches or cane) and you were off all of October and November, returning to work on December 2, 2013. While you were off for surgery and recovery we had an incident on campus that required investigation with the results of this inquiry leading to other inquiries. As part of the subsequent investigation several staff members indicated that they assisted you or were asked by you to put various items in your personal vehicle to include chairs, dollies, a carpet cleaner and a snow blower. Staff also indicated that you brought personal items in to be repaired by them while on Harper time.

Also while you were on leave it became apparent that not only had you made a habit of ignoring some staff members disruptive behavior, but you also ensured this behavior was not documented by subordinate supervisors. One staff member was late over 30 times in a 90 day period with no documented counseling, others given special favors to include "resting" on the job instead of being sent home sick and allowing them to remain in place when others were rotated. In addition, you did not follow our standard and ensure that preventive maintenance on equipment was entered into our Computerized Maintenance Management System, or at the least inspect and put your offseason equipment (salt spreaders) in for repair resulting in a failure rate of almost 90% when needed.

Over the course of 26 months you have not responded to group teaching, individual direction, counseling or discipline. I have no confidence that you can lead, train and inspire the Custodial Section nor carry out the associated budgeting, maintenance and other related management tasks. You have not displayed that you can and will shoulder responsibility for your own actions and inactions, much less those of your subordinates. The numerous counseling and disciplinary actions for failure to perform your duties have not resulted in significant and sustained improvement in performance. I am left with no alternative except termination.

If you have any questions regarding this matter, please address them with the Chief Human Resources Officer.

Receipt acknowledgement                                                                 Date