

# United States District Court
# Northern District of Illinois

In the Matter of

Elijah Crusoe                            Magistrate Judge Sheila Finnegan

        v.                               Case No. 15-CV-1891

Harper College

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to a magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

*Thomas M Durkin*

_____

**Judge Thomas M. Durkin**

Date: Wednesday, June 08, 2016

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred by lot to a magistrate judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*Ruben Castillo*

_____

**Chief Judge Ruben Castillo**

Dated: Wednesday, June 08, 2016

District Referral - By Lot to a Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Settlement Conference

...........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Referral - By Lot to a Magistrate Judge