UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Elijah Crusoe
                      Plaintiff,
v.                                        Case No.: 1:15−cv−01891
                                               Honorable Thomas M. Durkin
Harper College
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 21, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 10/21/2016. On joint oral motion, this action is dismissed without prejudice with leave to move to reinstate or extend the time to reinstate on or before 11/21/2016. Absent a timely filed motion, this dismissal will become final with prejudice on 11/22/2016 without further court order. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.